795 A.2d 968

**CITY OF PHILADELPHIA, Appellant**

v.

**WORKERS' COMPENSATION APPEAL
BOARD (BOWERS), Appellee.**

Supreme Court of Pennsylvania.

Argued April 9, 2002.

Decided April 26, 2002.

Michael David Schaff, Philadelphia, Charlene Stewart Barnoba, for appellant, City of Philadelphia.

James A. Holzman, Harrisburg, Amber Marie Kenger, Mechanicsburg, for appellee, W.C.A.B.

Thomas F. McDevitt, Philadelphia, Jack Famiglietti, for appellee, Francis W. Bowers.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.